# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Larry Eugene Westcott )<br>)<br>and )<br>)<br>Connie Jeanette Westcott, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Equifax Information Services, LLC, )<br>)<br>Defendant. ) | Case No. 5:17-cv-06113-DW |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Larry Eugene Westcott and Connie Jeanette Westcott and herewith advise the Court that the parties have reached a settlement in the above referenced matter, and request that any deadlines in this matter be stayed for settlement until the parties can prepare and file a Stipulation of Dismissal.

Respectfully submitted,

/s/ Chelsea S. Springer
Chelsea S. Springer #51089
The Law Offices of Tracy L. Robinson, LC
818 Grand Boulevard, Suite 505
Kansas City, MO 64106
Phone: (816) 842-1317
Fax: (816) 842-0315
chelseas@tlrlaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This certifies that on this 17th day of October, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

/s/ Chelsea S. Springer
Attorney for Plaintiffs