IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LARRY EUGENE WESTCOTT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 17-06113-CV-SJ-DW |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal (Doc. 10). Accordingly, this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees. The Clerk of Court shall terminate any pending motions and shall then mark this case as closed.

IT IS SO ORDERED.


Date: December 13, 2017                                   _____Gary A. Fenner *for*_____
                                                                    Dean Whipple
                                                           United States District Judge